UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE COUNTY
AIRPORT AUTHORITY,

    Plaintiff,                         CIVIL ACTION NO. 15-cv-10054

    v.                                DISTRICT JUDGE GEORGE CARAM STEEH

AIRCRAFT SERVICE            MAGISTRATE JUDGE MONA K. MAJZOUB
INTERNATIONAL, INC.

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## PLAINTIFF'S MOTION TO ENFORCE DISCOVERY ORDER [14]

On March 11, 2016, at 2:30 p.m., the Court held a hearing on Plaintiff's Motion to Enforce Discovery Order Against Defendant and to Compel Production of Electronically Stored Information and Depositions (docket no. 14), at which the Court addressed the parties' unresolved issues as stated in their January 25, 2016 Joint Statement of Resolved and Unresolved Issues (docket no. 26).  For the reasons stated on the record, **IT IS ORDERED** that Plaintiff's Motion to Enforce Discovery Order Against Defendant and to Compel Production of Electronically Stored Information and Depositions (docket no. 14) is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. Plaintiff's motion for Defendant's written response as to whether Defendant has completed its document production is GRANTED.  Defendant will provide such a response within fourteen (14) days of this Order;

b. Plaintiff's motion to deem Requests for Admission nos. 19, 27, and 33 admitted is DENIED;

c. Plaintiff's motion to compel responses to Interrogatory nos. 8 and 9 is GRANTED. Defendant is ordered to provide full and complete responses to the aforementioned interrogatories without objection within fourteen (14) days of this Order;

d. Plaintiff's motion to compel the production of electronically stored information (ESI) is GRANTED. Defendant is ordered to produce a list of custodians, including Jeff Bankowitz, within fourteen (14) days of this Order. Defendant is further ordered to produce all ESI and an accompanying privilege log within thirty (30) days of producing the custodian list;

e. Plaintiff's motion for sanctions is GRANTED IN PART and DENIED IN PART. Plaintiff's motion for the reasonable expenses and attorney's fees incurred by Plaintiff as a result of bringing the instant Motion is GRANTED. Plaintiff is ordered to submit to the Court a Bill of Costs itemizing the same within fourteen (14) days of this Order. Defendant may file a response and/or objections to Plaintiff's Bill of Costs within seven (7) days of its receipt. Plaintiff's motion for additional sanctions is DENIED.

## NOTICE TO THE PARTIES

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: March 11, 2016         s/ Mona K. Majzoub
                              MONA K. MAJZOUB
                              UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon counsel of record on this date.

Dated: March 11, 2016         s/ Lisa C. Bartlett
                              Case Manager